UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA )
)
)
v. ) No. 3:10-00018
) CHIEF JUDGE HAYNES
)
DANIEL QUAIL )

## AGREED ORDER

Upon agreement of the parties as evidenced by the signatures of their counsel affixed hereto, this matter is set for a sentencing hearing on Monday, June 17, 2013, beginning at 1:30 PM. The defendant shall be returned to this district no later than June 3, 2013.

It is so ordered.

_____
WILLIAM J. HAYNES, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
3-21-13

APPROVED FOR ENTRY:


s/ Lynn T. Ingram
Lynne T. Ingram,
S. Carran Daughtrey
Byron M. Jones
Assistant United States Attorneys
110 Ninth Avenue South, Suite A961
Nashville, TN 37203


s/ Henry A. Martin
HENRY A. MARTIN (BPR #002830)
Federal Public Defender
SUMTER L. CAMP
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
Attorneys for Daniel Quail